PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00137-JAM |
|---|---|
| Plaintiff, | UNITED STATES'S SENTENCING MEMORANDUM |
| v. | DATE: September 26, 2023 |
| QUINTEN GIOVANNI MOODY, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**SENTENCING MEMORANDUM**

**A. Introduction**

The United States files this Sentencing Memorandum in advance of the Judgment and Sentencing Hearing set for September 26, 2023. At the hearing, the United States will recommend that the Court sentence the defendant to 84 months of incarceration, 48 months of supervised release, and a $300 special assessment.

**B. No Objections to the Presentence Investigation Report**

On September 12, 2023, the Probation Officer filed the Presentence Investigation Report. PSR, ECF 101. The United States has reviewed the PSR and has no objections to the factual findings and guideline calculations. The Court should adopt the factual findings and guideline calculations in the PSR.

///

**C. Sentencing Recommendation**

The defendant pleaded guilty pursuant to a written plea agreement. ECF 84. In the plea agreement, the United States and the defendant agreed to jointly recommend a sentence of incarceration of 84 months. *Id.* at 3, 5. Pursuant to the terms of that plea agreement, the United States recommends that the Court sentence the defendant to a term of incarceration of 84 months. In addition, the United States recommends that the Court sentence the defendant to a term of supervised release of 48 months and a $300 special assessment.

Dated: September 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney