ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22-00137 JAM |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | Date:  September 26, 2023 |
| | Time:  9:00 a.m. |
| QUINTEN GIOVANNI MOODY, | HON. JOHN A. MENDEZ |
| Defendant. | United States District Court |

## I. INTRODUCTION

Defendant, Quinten Giovanni Moody has pled guilty in the above-entitled case and comes to the Court having accepted responsibility for his actions. On September 26, 2023, Mr. Moody will ask the Court to impose the sentence that is recommended by the United States, specifically, 84 moths of imprisonment,

followed by 48 months of Supervised Release, and a $100.00 Special Assessment per count for a total of $300.00.

## II. DEFENDANT AGREES WITH FACTS AND GUIDELINE CALCULATIONS IN PSR

The Defendant has had an opportunity to review the Pre-Sentence Investigation Report with his attorneys. The report authored by United States Probation has a factual recitation that is thorough and accurate and the United States Sentencing Guideline calculations in the report are likewise correct. Mr. Moody appreciates the careful consideration that was given to the difficulties he suffered growing up in an environment with incarcerated parents.

## III.   CONCLUSION

Mr. Moody asks the Court to sentence him in accordance with the sentence recommended jointly by the parties at the time of the plea as the facts in the PSR were those known to the government at the time the recommendation was made.

Dated:  September 21, 2023                                    Respectfully Submitted,

                    __/s/ Anthony Brass
                    ANTHONY J. BRASS
                    Attorney for Defendant
                    Quinten Giovanni Moody